IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta

FEB 06 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| JODY PRINCE and DANYL BERRY, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CSS CORP.<br>and JOHN AGULUE,<br><br>Defendants. | CIVIL ACTION FILE<br>NO.: 1:14-cv-00519-ODE<br><br>JURY TRIAL REQUESTED |

## PROPOSED ORDER

This matter comes before the court on the parties' joint motion for approval of their Fair Labor Standards Act settlement. Having reviewed the parties' joint motion, the Court concludes that the settlement should be approved because this matter was a bona fide dispute, and the proposed settlement is a fair and reasonable resolution of that dispute. Given these considerations, the parties' joint motion is GRANTED.

SO ORDERED, this __6__ day of February, 2015.

_____
Judge, United States District Court
Northern District of Georgia